WICOMICO COUNTY DEPARTMENT OF *      In the
SOCIAL SERVICES
     *      Court of Appeals

     *      of Maryland

v.

     *      No. 46

B.A.      *      September Term, 2014

**O R D E R**

The case having been argued before this Court on June 3, 2015, it is this 26th day of August, 2015,

**ORDERED**, by the Court of Appeals of Maryland, that supplemental briefing and reargument be scheduled on the following additional issues set forth below:

> 1. In an ongoing instructor-student relationship, can "temporary care or custody or responsibility for supervision of a child" pursuant to FL § 5-701(x)(1) be established through remote electronic communications?
>
> 2. Can "temporary care" pursuant to FL § 5-701(x)(1) be established without the mutual consent, expressed or implied, of the one legally charged with the care of the child and of the one purportedly assuming the "temporary care?"
>
> 3. Does an instructor who has temporary care or responsibility for a child on a repeated, ongoing basis, commit child abuse within the meaning of FL § 5-701 by sexually explicit communications made via texts, telephone calls or other electronic means to the child, provided there exists a significant connection between the abusive conduct and the in-person care or responsibility?

and it is further

**ORDERED**, that the petitioner's supplemental brief shall be filed on or before October 2, 2015, and the respondent's supplemental brief shall be filed on or before November 2, 2015, and it is further

**ORDERED**, that the case shall be set for reargument on December 3, 2015.

/s/ Mary Ellen Barbera
_____
Chief Judge